JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/30/10

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 30 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON, | Case No. CV 09-1162-DDP (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| J. FITTER, et al., | |
| Respondent. | |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 29, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY